UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LORENZO RICHARDSON )<br>        Plaintiffs, )<br>v. )<br>)<br>GERALD BAKER, JET INSURANCE )<br>COMPANY, ON POINT RISK )<br>SOLUTIONS, ADAM B. MIDGETTE, )<br>THOMAS L. TEAL, TIM C. JARVIS, )<br>J.R. MOORE, DAVID S. BRANNON, )<br>WAKE COUNTY SHERIFF'S OFFICE, )<br>GARNER POLICE DEPARTMENT, )<br>SAM HAMADANI, individually and )<br>official capacity as Judge )<br>        Defendants. ) | **JUDGMENT**<br>5:24-CV-537-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 7, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on November 7, 2024, and Copies To:**
Lorenzo Richardson (via CM/ECF Notice of Electronic Filing)


November 7, 2024                       PETER A. MOORE, JR., CLERK

                                              /s/Sandra K. Collins
                               (By)    Sandra K. Collins, Deputy Clerk