(THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA:
WESTERN DIVISION)
No. 5:24-CV-00537-FL

FILED
NOV 12 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Richardson"- Lorenzo ) MOTION TO BE ALLOWED TO E-FILE
*(sui juris heir)* )
)
vs )
)
Gerald Baker, Thomas. L. Teal, )
Adam Midgette, Tim. C. Jarvis, )
Jet Insurance, On Point Risk Solutions )
J.R. Moore, David S. Brannon & )
Sam Hamadani )

**Motion DENIED.**

This the 13 day of November, 20 24.

/s/Louise W. Flanagan, U.S. District Judge

*7 pages*

COMES NOW, Lorenzo Richardson, the (vastly sane & sound) plaintiff- in the above relevant, pertinent & imperative cause (# **5:24-CV-00537-FL;)** dutifully moving this Court for an equitable, *germane* order allowing the undersigned (to be designated as a Registered-Filing user & *OR* just) to merely E-file documents- via the CM/ECF (Case Management/Electronic Case Files- without still unjustly being "forced to pursue" the issuing & *semi-obsolete*-mailing of paper copies). Also, when necessary- the plaintiff could be allowed to file Court documents via electronic mail and or *facsimile* transmissions- (*per* the Clerk's Office-which could simply be marginally- "viewed" as partial, "equal treatment"- in comparison to the seemingly-bias & favorable-filing availabilities of registered Attorneys)………    Consequently, in support thereof, the following facts are stated: that this motion is made *in accordance with* **Rule 5(e)** of the Federal Rules of Civil Procedure, **Rule 5.1 (Filing & Service of Papers-)** of the Local Rules of this Court, & the Policy Manual (**ELECTRONIC CASE FILING ADMINISTRATIVE POLICIES AND**

1

Case 5:24-cv-00537-FL    Document 20    Filed 11/13/24    Page 1 of 1